# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2016

## NO. 03-16-00388-CV

**Jesus Manuel Miranda, Jr., Appellant**

**v.**

**Elizabeth Espinoza and the Office of the Attorney General of Texas, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on March 25, 2016. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.